# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

**UNITED STATES OF AMERICA**         **CRIMINAL NO. 2019-**

v.

**Abnel Belordo Colon,**
**Defendant.**

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Alicia Blyden, being duly sworn under oath, do hereby depose and state:

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (HSI), and I have been employed in this capacity since May 2007. I am a graduate of the Criminal Investigator Training Program and the HSI Special Agent Training Academy. As a result of my employment with HSI, my duties include, but are not limited to, the investigation and enforcement of Titles 8, 18, 19, 21 and 31 of the United States Code (U.S.C.). I am an "investigative or law enforcement officer of the United States" within the meaning defined in 18 U.S.C. § 2510(7), in that I am an agent of the United States authorized by law to conduct investigations of, and make arrests for, federal offenses.

2. The statements contained in this affidavit are based upon my personal knowledge, as well as information provided to me by other law enforcement officials. All observations not personally made by me were related to me by the individuals who made them or were conveyed to me by my review of records, documents, and other physical evidence obtained during this investigation.

3. This affidavit contains information necessary to support probable cause for this complaint. This affidavit is not intended to include each, and every fact and matter observed by me or known to the United States Government.

4. This affidavit is made solely for the limited purpose of setting forth probable cause to believe that Abnel Belordo COLON committed violations of 46 U.S.C. § 70503 (a)(3).

5. On September 20th, 2019 at 10:30 p.m. Customs and Border Protection (CBP) Marine Unit Agents were conducting border security patrols near the west side of St. Thomas. At 10:50 p.m. a radar contact was picked up traveling east towards St. Thomas approximately 3 nautical miles north of Savana Island, which is within the territorial waters of the United States. At 11:00 p.m. the CBP Marine Unit intercepted the radar contact. The contact was a low-profile vessel operating without navigational lights. The CBP Marine Unit attempted to initiate a stop and activated blue law enforcement lights. The vessel failed to stop, and CBP officers observed that both of the two occupants onboard began throwing large bags overboard into the water. The CBP Marine Unit deployed 4 warning flares in an attempt to have the vessel stop, but the vessel still failed to stop. The CBP Marine Unit then disabled the vessel's motor. The CBP Marine Unit came alongside the vessel, at which time three CBP Agents embarked and detained the two individuals onboard. The two were identified as Jose Ernesto Vazquez COLON and Abnel Belordo COLON. CBP officers identified Jose Ernesto Vazquez COLON as the individual who had been piloting the vessel

6. The other CBP Marine Unit Agents began to recover the objects that were thrown overboard. The objects recovered were multiple bags of U.S. Currency. One of the duffle bags of currency had been weighted with a dumbbell. Altogether, the amount of U.S. currency recovered by CBP was approximately $800,000.

7.      The Vessel was a Registration #: PR 6635 BB, 2015 20-foot light blue center counsel boat with a 90 hp Yamaha Outboard motor.  The vessel is registered to a Caribe Sports Rental from Fajardo, Puerto Rico.  The vessel was operating without required navigational equipment and, as noted above, one duffle bag packed full of currency was tied to a weighted dumbbell.  CBP Marine Unit Agents also found a GPS device and approximately 3 to 4 dumbbells tied with rope on the vessel. Based on my knowledge and experience, heavy objects to include dumbbells are used on vessels to throw the contraband overboard for it to sink and to evade law enforcement officers.  The location is then marked using a GPS device in order to return at a later time and recover the contraband.

8.      Based on the above information, I have probable cause to believe that Abnel Belordo COLON committed violations of 46 U.S.C. § 70503(a)(3).

_____
Alicia Blyden, Special Agent
Homeland Security Investigations

Subscribed and sworn to before me this ___21st___ day of September 21, 2019.

_____
Honorable Ruth Miller
United Stated Magistrate Judge